UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DEGUZMAN, | CASE NO 1:19-cv-01519 |
| Plaintiffs, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| ACTION IRRIGATION, LLC, et al. | **ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT** |
| Defendants. | |

The parties have moved the Court to approve a settlement of this action on an individual basis only pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The proposed settlement is memorialized in a Settlement Agreement and Release ("Settlement Agreement"), submitted as Exhibit 1 to the parties' Amended Joint Motion for Approval of Settlement. Having reviewed the Settlement Agreement and its Exhibits, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement as follows:

1. The settlement will resolve bona fide disputes involving minimum wage claims under the FLSA as well as other issues. Plaintiff's Complaint (ECF #1) alleged that he was denied payment at a rate of one-and-one-half his regular rate of pay for hours worked over 40 in each workweek. Defendants denied Plaintiff's allegations. Answer (ECF #16).

2. Before discovery began, settlement proposals were exchanged between the parties.

1

3. After a series of communications and proposals, the proposed agreement of settlement was achieved.

4. The settlement will provide payments to the Plaintiff representing all of his alleged unpaid wages, as well as a substantial amount of his potential liquidated damages.

5. The Court finds that the proposed Settlement is fair, reasonable, and adequate and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

6. The Court approves the Settlement Agreement and orders that it be implemented according to its terms and conditions and as directed herein.

7. The Court finds that the proposed distribution to Plaintiff is fair, reasonable, and equitable.

8. The Court approves the distribution of attorneys' fees and litigation cost reimbursements to Plaintiff's Counsel as provided in the Settlement Agreement and Joint Motion for Approval. The proposed distribution in the amount of $2,500 will cover attorneys' fees and litigation costs combined. The settlement ultimately achieved was a favorable one for the Plaintiff, providing payment to Mr. DeGuzman representing all of his alleged unpaid wages, as well as a substantial percentage of potential liquidated damages.

9. The Court dismisses this action, and all claims of the Plaintiff, with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

10. The Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any disputes thereunder.

SO ORDERED:

Date: 12/23/2020

s/Christopher A. Boyko
**Christopher A. Boyko**
**Senior United States District Judge**